IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Rodney Neil Sansbury #39063 ) Civil Action No. _____
[Enter the full name of the plaintiff in this action] )                (to be assigned by Clerk)
)
v. ) **C O M P L A I N T**
Al Cannon, Sheriff ) **State Prisoner**
Lucas, Chief )
Ashley Dell, Legal Liason )
~~Anonymous Anonymous~~ James Atchinson, ARAMARK )
Nurse Dozier, Medical )
Enter above the full name of defendant(s) in this action )

RECEIVED
USDC CLERK, COLUMBIA, SC
2009 FEB 19 A 11:27

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?   Yes ____   No  X

B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1. Parties to this previous lawsuit:

    Plaintiff: N/A

    Defendant(s): N/A

2. Court: N/A
    *(If federal court, name the district; if state court, name the county)*

3. Docket Number: N/A

4. Name(s) of Judge(s) to whom case was assigned: N/A

5. Disposition: N/A
    *(For example, was the case dismissed? Appealed? Pending?)*

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

Complaint - State Prisoner
Revised October 3, 2007

II. PLACE OF PRESENT CONFINEMENT
  A. Name of Prison/Jail/Institution: Charleston County Detention Center
  B. What are the issues that you are attempting to litigate in the above-captioned case? Legal Access And food, And Medical
  C. (1) Is there a prisoner grievance procedure in this institution? Yes X  No ___
     (2) Did you file a grievance concerning the claims you are raising in this matter? Yes X  No ___
         When 2-3-09/1-09   Grievance Number (if available) N/A
  D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (i.e., your grievance)? Yes ___ No X
  E. When was the final agency/departmental/institutional answer or determination received by you? Refused To Answer

  *If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.*

  F. If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities? Yes ___ No ___
  G. If your answer is YES:
     1. What steps did you take? ___
     2. What was the result? ___

III. PARTIES

*In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

  A. Name of Plaintiff: Rodney Neil Sansbury   Inmate No.: 39063
     Address: 3841 Leeds Ave N. Charleston, SC 29405

*In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

  B. Name of Defendant: Al Cannon Jr., Sheriff   Position: Sheriff
     Place of Employment: Charleston County
  C. Additional Defendants (*provide the same information for each defendant as listed in Item B above*):
     Ashley Dell, Legal Liason Charleston County Detention Center
     Nurse Doscher, Medical Charleston County Detention Center
     Aramark, Food Service Co, Charleston County Detention Center

Complaint - State Prisoner
Revised October 3, 2007                                                                        2 of 5

IV. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.*

I've been housed at the Detention Center since 12-10-08. During this time I've continually asked for access to legal books to inform me of my rights as well as better prepare for my case. I have not been answered in regard to requests and or grievances. (1) No access to legal materials. Furthermore, food is at sub standard level. Portions are very small and there is no real food ie, everything is powder such as eggs. And the juice never has sugar in it and the food is always cold. Meals are never warm when they reach inmates, especially in the mornings. My diet is to consist of a high protein diet; however, I get the exact same thing as everyone else. The doctor specifically states that I am to recieve milks with my meal but to no avail. I've grieved these issues but to no avail. My medical condition calls for high protein and or high calorie per medical but ARAMARK refuses to comply with doctors orders. (2) Food service is not feeding me my diet as doctor prescribed. Last but not least, my medication is not being properly dispensed to me on the weekends. My medication requires me to take it with food. During the weekends my medication comes 3 hours after breakfast when my food has been digested and in order for me to recieve it I must swallow meds in front of nurse. Well my meds are so strong that the side affects are nausea and vomiting if not taken properly. Not only am I having to suffer

Complaint - State Prisoner
Revised October 3, 2007

3 of 5

IV. STATEMENT OF CLAIM - continued.

these side affects on the weekends. I am also lucky to get any meds on the weekend for example this weekend my meds were not delivered to me at all. As I was saying if my meds are not taken properly my body becomes resistant and my medication wont work. Once my meds become inneffective my immune system breaks completely down and my health becomes unmanagable. Last but not least — ~~Inmates~~ I am not allowed to have visitation that is adequate because the system is default. The monitors do not work properly and my visit refuses to come because she can't hear anything I say nor can I hear her. I have complained but the jail personel refuses to rectify the situation. Inmates in other units are allowed to have adequate sight and sound during visitation so should I.

V. **RELIEF**

*State briefly and exactly what you want the court to do for you.*

To have Charleston County Detention Center make available a law library for inmates to use in assisting ~~them individually~~ with their cases. I would also request that the courts assure that all foods served in the jail are in accordance with the nutritional guidelines set forth by the F.D.A. and or state and local regulations. I recieve no dairy products or vegetables. In addition, I would like the courts to assure that the dispensing of medications be followed by the letter per doctors orders and that the company under contract for the jail adhere to the doctors orders in regard to diets, the company under contract is ARAMARK. I would like to request that my charges be dismissed for lack of ~~minimum~~ access to law books and statue in pertinance to my case. Finally I would like to request monetary damages in the amount of $500,000.00.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __19th__ day of __February__, 20__09__.

*Rodney M. Sansbury*
Signature of Plaintiff